

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00350-CV

| | | |
|---|---|---|
| IN THE INTEREST OF T.F., J.F., L.F., AND W.F., CHILDREN | § | On Appeal from |
| | § | County Court at Law No. 1 |
| | § | of Parker County (CIV-09-0919) |
| | § | May 1, 2019 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We modify the "Cumulative Judgment on Arrearages of Non-Support Provisions" (the judgment on the student-loan arrearage) to reflect the amount of $4,709.89 instead of $4,796.39. It is ordered that the trial court's "Order Enforcing Child Support Order with Commitment Suspended"—modified by our opinion and judgment in Cause No. 02-18-00415-CV—is affirmed as modified herein.

It is further ordered that Appellant Mother shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman